# EXHIBIT A



DECRYPT-FILES

Attention!

---
| What happened?
---

We hacked your network and now all your files, documents, photos, databases, and other important data are safely encrypted with reliable algorithms. You cannot access the files right now. But do not worry. You have a chance to get it back! It is easy to recover in a few steps.

We have also downloaded a lot of data from your network, so in case of not paying this data will be released.
If you dont believe we have any data you can contact us and ask a proof, also you can google "Allied Universal Maze Ransomware".

When you pay us the data will be removed from our disks and decryptor will be given to you, so you can restore all your files.

---
| How to contact us and get my files back?
---

The only method to restore your files and be safe from data leakage is to purchase a unique for you private key which is securely stored on our servers.
To contact us and purchase the key you have to visit our website in a hidden TOR network.

There are general 2 ways to reach us:

1) [Recommended] Using hidden TOR network.

   a) Download a special TOR browser: https://www.torproject.org/
   b) Install the TOR Browser.
   c) Open the TOR Browser.
   d) Open our website in the TOR browser: http://aoacugmutagkwctu.onion/9cbc09d088a2a718
   e) Follow the instructions on this page.

2) If you have any problems connecting or using TOR network

   a) Open our website: https://mazedecrypt.top/9cbc09d088a2a718
   b) Follow the instructions on this page.

Warning: the second (2) method can be blocked in some countries. That is why the first (1) method is recommended to use.

On this page, you will see instructions on how to make a free decryption test and how to pay.
Also it has a live chat with our operators and support team.

---
| What about guarantees?
---

We understand your stress and worry.
So you have a FREE opportunity to test a service by instantly decrypting for fr three files from every system in your network.
If you have any problems our friendly support team is always here to assist yo ive chat!

---

Page 1