UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
NEWNAN DIVISION

| | |
|---|---|
| **SOUTHWIRE COMPANY, LLC,**<br><br>*Plaintiff*,<br><br>v.<br><br>**JOHN DOE**, In Possession of Stolen Southwire Confidential Information, Thereby Injuring Southwire and Its Customers, Clients, and Vendors<br><br>*Defendant*. | Civil Action No. _____ |

### Certificate of Interested Persons and Corporate Disclosure Statement

(1) The undersigned counsel of record for a party to this action certifies that the following is a full and complete list of all parties in this action, including any parent corporation and any publicly held corporation that owns 10% or more of the stock of a party:

 Southwire Company, LLC_____

(2) The undersigned further certifies that the following is a full and complete list of all other persons, associations, firms, partnerships, or corporations having either a financial interest in or other interest which could be substantially affected by the outcome of this particular case:

N/A_____

(3) The undersigned further certifies that the following is a full and complete list of all persons serving as attorneys for the parties in this proceeding:

__Jonathan Klein, Marcus A. Christian_____

Submitted this 31 day of December, 2019.

                                                       ____/s/ Jonathan Klein_____

                                                       Jonathan S. Klein
                                                       Georgia Bar No. 540895
                                                      MAYER BROWN LLP
                                                      1999 K Street N.W.
                                                       Washington, D.C. 20006
                                                      (202) 263-3327

                                                       *Counsel for Plaintiff Southwire Company, LLC*